AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| EDWARD A. JONES,<br>　　　　Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of Social Security*,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) **JUDGMENT IN A CIVIL CASE**<br>) **CASE NO. 5:11-CV-545-D**<br>)<br>) |

Decision by the Court:

　　　**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 15] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 17] is GRANTED, the Commissioner's final decision is AFFIRMED, and this action is DISMISSED.　The Clerk of Court will close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **NOVEMBER 19, 2012,** WITH A COPY TO:

Charlotte Williams Hall (via CM/ECF electronic notification)
Mary Ellen Russell  (via CM/ECF electronic notification)

<br>

|   |   |
|---|---|
| | JULIE A. RICHARDS, Clerk |
| November 19, 2012 | |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |